IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

May 12   4| 22 PM '04

CLE
YES
BY ___

JENNIFER HONEYCUTT                    §
                                     §
                                     §   **SA04CA0424 XR**
VS.                                  §   CASE NUMBER _____
                                     §              JURY
ABERCROMBIE AND FITCH STORES, INC    §

## DEFENDANT, AMBERCROMBIE AND FITCH STORES, INC. NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(a)

PLEASE TAKE NOTICE that Defendant, ABERCROMBIE AND FITCH, INC ("ABERCROMBIE & FITCH"), hereby removes to this Court the state court action described below, and files this Notice of Removal under 28 U.S.C. §1446(a):

### BACKGROUND

1.     Plaintiff is JENNIFER HONEYCUTT; Defendant is ABERCROMBIE AND FITCH STORES, INC.

2.     On April 5, 2004, an action was commenced in the 150th Judicial District Court, Bexar County, Texas, entitled JENNIFER HONEYCUTT v. ABERCROMBIE & FITCH STORES, INC. as Cause Number 2004-CI-05315.  Defendant was served on April 12, 2004. Defendant filed this Notice of Removal within the thirty-day time period required by 28 U.S.C. §1446(b).  Copies of the required state court documents are attached as Exhibit "A."

3.     This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332 and is one which may be removed to this Court by Defendant pursuant to provisions of 28 U.S.C. §1441(a) in that it is a civil action wherein the amount in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest and costs and is between parties of different states.

4.      Defendant is informed and believes that Plaintiff, JENNIFER HONEYCUTT, was at the time of filing this lawsuit, and still is, a citizen of the State of Texas and resides in Bexar County, Texas.  Defendant, ABERCROMBIE & FITCH, was at the time of the filing of this action, and still is, a citizen of the State of Ohio.

## BASIS FOR REMOVAL

5.      Removal is proper because there is complete diversity between the parties.  28 U.S.C. §1332(a); *Darden v. Ford Consumer Fin. Co.*, 200 F.3d 753, 755 (11th Cir. 2000); *Laughlin v. K-Mart Corp.*, 50 F.3d 871, 873 (10th Cir. 1995).  The Plaintiff is a citizen of the State of Texas.  Defendant is a citizen of the State of Ohio.  Therefore, since the Plaintiff is from Texas and Defendant is from Ohio, complete diversity of citizenship exists between these parties, and this Court has proper subject matter jurisdiction.  *See* 28 U.S.C. §1441(a); 28 U.S.C. §1332(a); *Royal Ins. Co.,* 3 F.3d at 883; *Kidd*, 891 F.2d at 545; *Kelley*, 493 F.2d at 786; *Scott*, 762 F.Supp. at 151.  Although the Plaintiff's petition does not specify the amount in controversy, it is facially apparent from the state court petition that the amount in controversy likely exceeds Seventy-Five Thousand Dollars ($75,000.00), excluding interest, costs, and attorney's fees.  *St. Paul Reinsurance Co. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir.1998).  Specifically, in Plaintiff's Original Petition, Plaintiff seeks to recover actual damages for past and future pain and suffering, and past and future mental anguish based on her assault claim; loss of value, past and future loss of use, and travel expense based on her conversion claim; past and future humiliation past and future shame, past and future fright, past and future mental anguish, and past and future pain and suffering based on her false imprisonment claim; as well as past and future mental anguish, and past and future pain and suffering based on her negligence claim.  Additionally, the Plaintiff is seeking exemplary damages.  Therefore, it s more likely than not that the Plaintiff's damages exceed the $75,000.00 requirement.

6.      All pleadings, process, orders, and other filings in the state court action are attached
to this notice as required by 28 U.S.C. §1446(a).

7.      Venue is proper in this District under 28 U.S.C. §1441(a) because this District and
Division embrace the place where the removed action has been pending.

8.      Defendant will file promptly a copy of this Notice of Removal with the Clerk of the
state court where the action has been pending.

**JURY DEMAND**

9.      Defendant did demand a jury in the state court action.

                          Respectfully submitted,

                          ADAMI, GOLDMAN & SHUFFIELD
                          Nowlin Building
                          9311 San Pedro, Suite 900
                          San Antonio, Texas  78216
                          Telephone:  (210) 344-0500
                          Telecopier: (210) 344-7228


                    By:   _____
                          ROBERT F. SCHEIHING
                          "Attorney in Charge"
                          Federal Bar No. 18883
                          State Bar No. 17736350

                    ATTORNEY FOR DEFENDANT,
                    ABERCROMBIE & FITCH STORES, INC

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Texas Rules of Civil Procedure on this __12__ day of May, 2004:

Mr. Carmine J. Giardino
SCHAFER & ASSOCIATES
7800 IH-10 West, Suite 830
San Antonio, Texas 78230


_____
ROBERT F. SCHEIHING

# EXHIBIT "A"

9737.38

## CAUSE NO. 2004-CI-05315

| | | |
|---|---|---|
| JENNIFER HONEYCUTT | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 150TH JUDICIAL DISTRICT |
| | § | |
| ABERCROMBIE & FITCH STORES, INC. | § | BEXAR COUNTY, TEXAS |

**JENNIFER HONEYCUTT** §      IN THE DISTRICT COURT
                      §
**VS.** §      150TH JUDICIAL DISTRICT
                      §
**ABERCROMBIE & FITCH STORES, INC.** §      BEXAR COUNTY, TEXAS

### DEMAND FOR JURY

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES ABERCROMBIE & FITCH STORES, INC., Defendant in the above-entitled

and numbered cause, and pursuant to Rule 216 of the Texas Rules of Civil Procedure, makes this

DEMAND FOR JURY TRIAL and encloses herewith the required jury fee of $30.00.

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD, INC.
9311 San Pedro, Suite 900
San Antonio, Texas  78216
Telephone (210) 344-0500
Telecopier (210) 344-7228

By _____
     ROBERT F. SCHEIHING
     State Bar No. 17736350

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing **DEMAND FOR JURY** has been mailed by First Class Mail to:

Mr. Carmine J. Giardino
SCHAFER & GIARDINO, LLP
7800 IH-10 West
Suite 830
San Antonio, Texas 78230

this _22_ day of April, 2004.

ROBERT F. SCHEIHING

## CAUSE NO. 2004-CI-05315

| | | |
|---|---|---|
| JENNIFER HONEYCUTT | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 150TH JUDICIAL DISTRICT |
| | § | |
| ABERCROMBIE & FITCH STORES, INC. | § | BEXAR COUNTY, TEXAS |

JENNIFER HONEYCUTT § IN THE DISTRICT COURT

VS. § 150TH JUDICIAL DISTRICT

ABERCROMBIE & FITCH STORES, INC. § BEXAR COUNTY, TEXAS

### DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES ABERCROMBIE & FITCH STORES, INC., Defendant, and files

DEFENDANT'S ORIGINAL ANSWER in response to PLAINTIFF'S ORIGINAL PETITION, and

for such ANSWER would show the following:

### GENERAL DENIAL

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendant enters a general denial

and demands that Plaintiff prove her allegations by a preponderance of the evidence.

### PRAYER

WHEREFORE, Defendant requests: that Plaintiff recover nothing from this suit; that

Defendant recover costs of Court; and all other relief to which Defendant may be entitled.

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD, INC.
9311 San Pedro, Suite 900
San Antonio, Texas 78216
Telephone (210) 344-0500
Telecopier (210) 344-7228

By _____
ROBERT F. SCHEIHING
State Bar No. 17736350
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **DEFENDANT'S ORIGINAL ANSWER** has been sent by First Class Mail to:

Mr. Carmine J. Giardino
SCHAFER & GIARDINO, LLP
7800 IH-10 West
Suite 830
San Antonio, Texas 78230

this _22_ day of April, 2004.

ROBERT F. SCHEIHING

PRIVATE PROCESS

"The State of Texas"                    NO.   2004-CI-05315

JENNIFER HONEYCUTT                                IN THE DISTRICT COURT
Plaintiff
vs.                                               150th JUDICIAL DISTRICT
ABERCROMBIE & FITCH STORES INC
Defendant                                         BEXAR COUNTY, TEXAS
( Note: Attached Document May Contain Additional Litigants. )    **NOTICE**

**Citation** Directed to:  ABERCROMBIE & FITCH STORES INC

BY SERVING ITS REGISTERED AGENT,  CT CORPORATION SYSTEM

"You have been sued.  You may  employ  an  attorney.  If you or your  attorney do not
file  a  written answer  with  the  clerk  who  issued  this  citation  by  10:00 a.m. on the
Monday  next  following  the  expiration  of  twenty  days  after  you  were  served  this
citation and petition,  a  default  judgment  may  be  taken  against  you."  Said petition
was filed on the  5th  day of  April          ,  2004  .
ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS  6th  DAY OF  April
A.D.,  2004 .

PLAINTIFF'S ORIGINAL PETITION

CARMINE J GIARDINO                      MARGARET G. MONTEMAYOR
Attorney/PLAINTIFF                      District Clerk of Bexar County, Texas
address  7800 IH 10 W 830               Bexar County Courthouse
         SAN ANTONIO, TX 78230-4700     San Antonio, Texas  78205

                                        By:_____Deputy
                                        CONSUELO GOMEZ

---

## OFFICER'S RETURN

Came to hand  8th  day of  April        , A.D. 2004, at _____ o'clock  A .M.
and executed (not executed) the  12th day of  April          , A.D. _____ , in
at _____ o'clock _____.M. by delivering to  Abercrombie & Fitch Stores Inc. by CMRRR
in person a true copy of this citation together with the accompanying copy of plaintiff's
petition.  Served at  350 N. St. Paul St. Dallas, TX. 75201
Cause of failure to execute this citation _____
I traveled  & miles in the execution of this citation. Fees: _____  Serving citation
$_____ Mileage _____  Total $ _____
         Badge/PPS #  0782-652   Warrior Process Servers, 13206 El Mirador
                                 San Antonio, Tx 78233 , Bexar  County, Texas
                                 By  Miguel F. Guerrero

The State of Texas

                    NON - PEACE OFFICER VERIFICATION    ILIANA C GUERRERO
VERIFICATION OF RETURN (IF NOT SERVED BY PEACE OFFICER)    Notary Public, State of Texas
SWORN TO this  23 day of  April         , 2004      My Commission Expires
                                                     02-01-06

                    NOTARY PUBLIC, STATE OF TEXAS

                                                     RETURN TO COURT
                                                          (DK002)

PRIVATE PROCESS

"The State of Texas"                    NO.   2004-CI-05315

JENNIFER HONEYCUTT
Plaintiff
vs.

ABERCROMBIE & FITCH STORES INC
Defendant
( Note: Attached Document May Contain Additional Litigants. )       **NOTICE**

IN THE DISTRICT COURT

150th JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

**Citation** Directed to:  ABERCROMBIE & FITCH STORES INC

BY SERVING ITS REGISTERED AGENT,  CT CORPORATION SYSTEM

"You have been sued.  You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you." Said petition was filed on the  5th  day of  April         ,  2004 .
ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS  6th  DAY OF  April         A.D., 2004 .

PLAINTIFF'S ORIGINAL PETITION

CARMINE J GIARDINO
Attorney/PLAINTIFF
address  7800 IH 10 W 830
         SAN ANTONIO, TX 78230-4700

MARGARET G. MONTEMAYOR
District Clerk of Bexar County, Texas
Bexar County Courthouse
San Antonio, Texas  78205

By: _____ Deputy
     CONSUELO GOMEZ

OFFICER'S RETURN

Came to hand _____ day of _____, A.D. _____, at _____ o'clock _____.M.
and executed (not executed) the _____ day of _____, A.D. _____, in _____
at _____ o'clock _____.M. by delivering to _____
in person a true copy of this citation together with the accompanying copy of plaintiff's
petition. Served at _____
Cause of failure to execute this citation _____
I traveled _____ miles in the execution of this citation. Fees: _____ Serving citation
$ _____ Mileage _____ Total $ _____
        Badge/PPS #_____    _____
                                 _____ County, Texas
                                 By _____

The State of Texas

NON - PEACE OFFICER VERIFICATION

VERIFICATION OF RETURN (IF NOT SERVED BY PEACE OFFICER)
SWORN TO this _____ day of _____, _____

_____
NOTARY PUBLIC, STATE OF TEXAS



FILE COPY
(DK002)

**CAUSE NO.** 2004CI05315                                          2

| | | |
|---|---|---|
| **JENNIFER HONEYCUTT** | § | **IN THE DISTRICT COURT** |
| | § | |
| **VS.** | § | **JUDICIAL DISTRICT** |
| | § | |
| **ABERCROMBIE & FITCH STORES, INC.** | § | **BEXAR COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

### A. Discovery Control Plan

1.    Plaintiff intends to conduct discovery under level 2 of Texas Rule of Civil Procedure 190.

### B. Parties

2.    Plaintiff **JENNIFER HONEYCUTT** is an individual who resides in Bexar County, Texas.

3.    Defendant **ABERCROMBIE & FITCH STORES, INC.**, a foreign Corporation organized and existing under the laws of the State of Ohio and authorized to do business in Texas, may be served with process through its registered agent, CT Corporation System, at 350 N. St. Paul St., Dallas, Texas 75201.

### C. Facts

4.    On April 4, 2004, **JENNIFER HONEYCUTT** entered **ABERCROMBIE & FITCH STORES, INC.**, located in North Star Mall, 7400 San Pedro Avenue, San Antonio, Texas 78216.   Upon leaving the store, **JENNIFER HONEYCUTT** was accosted, detained and interrogated for an hour and a half in a private room located in the back of the store, wrongfully accused of shoplifting, robbed of merchandise purchased at another store, assaulted, and sexually harassed by a male **ABERCROMBIE & FITCH STORES, INC.** employee acting in the course and scope of employment and while impersonating a police officer.   Although it was discovered within a few minutes of being detained in the private room that **JENNIFER HONEYCUTT** did not have any **ABERCROMBIE & FITCH STORES, INC.** merchandise in her possession, the **ABERCROMBIE & FITCH STORES, INC.** employee nevertheless proceeded to cause

**JENNIFER HONEYCUTT** to be arrested based on false information in an attempt to shield himself from criminal charges.

### D.   Count 1 – Assault by Infliction of Bodily Injury

5.   Plaintiff hereby incorporates by reference section C, above, entitled "Facts" and includes its contents in this paragraph for all possible purposes. Defendant acted intentionally, knowingly or recklessly. Defendant made contact with Plaintiff's physical person. The contact caused injuries to Plaintiff.

### E.   Count 2 – Assault by Offensive or Provocative Physical Contact

6.   Plaintiff hereby incorporates by reference section C, above, entitled "Facts" and includes its contents in this paragraph for all possible purposes. Defendant acted intentionally or knowingly. Defendant made physical contact with Plaintiff's person. Defendant knew or reasonably should have believed that Plaintiff would regard the contact as offensive or provocative. Defendant's contact caused injuries to Plaintiff.

### F.   Count 3 - False Imprisonment

7.   Plaintiff hereby incorporates by reference section C, above, entitled "Facts" and includes its contents in this paragraph for all possible purposes. Defendant willfully detained Plaintiff. The detention was without Plaintiff's consent. The detention was without legal authority or justification. Defendant's actions caused damage to Plaintiff.

### G.   County 4 - Negligence

8.   Plaintiff hereby incorporates by reference section C, above, entitled "Facts" and includes its contents in this paragraph for all possible purposes. At the time of the incident, Defendant was acting negligently.   Defendant had a duty to exercise ordinary care and act reasonably and prudently.   Defendant breached that duty and proximately caused injury and other damages to Plaintiff.

### H.    Conversion

9.    Plaintiff hereby incorporates by reference section C, above, entitled "Facts" and includes its contents in this paragraph for all possible purposes. Plaintiff owned, possessed, or had the right to immediate possession of property.  The property was personal property.  Defendant wrongfully exercised dominion or control over the property.  Plaintiff suffered injury.

### I.    Malice

10.   Plaintiff hereby incorporates by reference section C, above, entitled "Facts" and includes its contents in this paragraph for all possible purposes. Defendant acted with malice. Defendant committed wrongful acts in reckless disregard of Plaintiff's rights and with indifference to whether Plaintiff would be injured. Defendant had a wrongful or improper motive or was motivated by some purpose other than bringing guilty persons to justice. Plaintiff is entitled to exemplary damages from Defendant.

### J.  Vicarious Liability

11.   Plaintiff hereby incorporates by reference section C, above, entitled "Facts" and includes its contents in this paragraph for all possible purposes. In additional to being directly liable to Plaintiff, Defendant is also vicariously liable under respondeat superior, apparent agency, authorization, ratification, approval, and actions by vice principals.

### K.  Conditions Precedent

12.   All conditions precedent have been performed or have occurred as required by Texas Rule of Civil Procedure 54.

### L.  Damages

13.   Plaintiffs seek un-liquidated damages in an amount that is within the jurisdictional limits of the court.

Assault

14.   As a direct and proximate result of Defendant's acts and/or omissions, Plaintiff suffered the following damages:

CARMINE/PI/HONEYCUTT/OP.01

    a.    past and future pain and suffering; and

    b.    past and future mental anguish.

<u>Conversion</u>

15.    As a direct and proximate result of Defendant's acts and/or omissions, Plaintiff suffered the following damages:

    a.    loss of value;

    b.    past and future loss of use; and

    c.    travel expenses.

<u>False Imprisonment</u>

16.    As a direct and proximate result of Defendant's acts and/or omissions, Plaintiff suffered the following damages:

    a.    past and future humiliation;

    b.    past and future shame;

    c.    past and future fright;

    d.    past and future mental anguish; and

    e.    past and future pain and suffering.

<u>Negligence</u>

17.    As a direct and proximate result of Defendant's acts and/or omissions, Plaintiff suffered the following damages:

    a.  past and future mental anguish; and

    b.  past and future pain and suffering.

<u>Other damages</u>

18.    Plaintiff may be entitled to the following damages and hereby incorporates them by reference under each cause of action described in this petition:

    a.    exemplary damages;

    b.    pre-judgment and post judgment interest;

    c.    costs of suit; and

    d.    all equitable remedies.

## M.  Prayer

19.    For these reasons, Plaintiff asks that Defendant be cited to appear and answer and that Plaintiff

have judgment against Defendant for the following:

      a.     all general damages and special damages listed within and throughout this petition;

      b.     exemplary damages;

      c.     prejudgment and post-judgment interest;

      d.     costs of suit;

      e.     all other damages, special or otherwise allowed by law; and

      f.     all other relief, in law and in equity, to which Plaintiff may be entitled.

Respectfully submitted,

**SCHAFER & GIARDINO, LLP**
7800 IH-10 West, Suite 830
San Antonio, Texas 78230
Tel: (210) 348-0500
Fax: (210) 348-0520

By: _____

**CARMINE GIARDINO**
Texas Bar No. 24025379

*ATTORNEYS FOR PLAINTIFFS*

## REAGAN E. GREER
### BEXAR COUNTY DISTRICT CLERK

_REQUEST FOR PROCESS_

CAUSE NO. _____

| | | |
|---|---|---|
| JENNIFER HONEYCUTT | § | **IN THE DISTRICT COURT** |
| VS. | § | **_____ JUDICIAL DISTRICT** |
| ABERCROMBIE & FITCH STORES, INC. | § | **BEXAR COUNTY, TEXAS** |

**Date: April 5, 2004**

**Request the following process:**

**Citation XXX** Notice _____ Precept _____ Temp. Rest Order __

Subpoena ___ Subpoena D.T. _____ (Descibe Duces Tecum on Reverse)

Temp. Protective Order_____ Other _____

Information for Subpoena: Date_____ Time_____ Court_____

Parties to be served (PLEASE TYPE OR PRINT)

1.    **ABERCROMBIE & FITCH STORES, INC.**
**Address:  CT CORPORATION SYSTEM, 350 N. ST. PAUL STREET, DALLAS, TX 75201**
**Type\* Private Process**

\*Type: Sheriff; Constable Pct.___; Private Process; Certified Mail; Registered Mail; Out of County; Out of State; Secretary of State; Commissioner of Insurance;

Title of Document/Pleading to be attached to process : Plaintiff's Original Petition _____

Name & Address of Attorney: Carmine Giardino, 7800 IH-10 West, Ste. 830, San Antonio, TX  78230
Attorney's Bar No.: **24025379   Attorney for Plaintiffs XXX** Defendant _____   Other_____

h:/bob/9737.38/Index
05/12/04/RFS/CMS/rlh

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JENNIFER HONEYCUTT                        §
                                          §     SA04CA0424 **XR**
VS.                                       §     CASE NUMBER
                                          §                   JURY
                                          §
ABERCROMBIE & FITCH STORES, INC.          §

## <u>INDEX OF MATTERS BEING FILED</u>

1.    Index of Matters Being Filed

2.    Civil Cover Sheet - JS 44

3.    Supplement to JS 44 Civil Cover Sheet

4.    Notice of Removal of Action Under 28 U.S.C. §1441(a)

      a.    Civil Docket Sheet;

      b.    Plaintiff's Original Petition;

      c.    Executed process served on Abercrombie & Fitch Stores, Inc.;

      d.    Defendant's Original Answer;

      e.    Defendant's Jury Demand.

5.    List of All Counsel of Record

6.    Notice of Related Litigation and Affected Non-Parties

7.    Certificate of Service of Notice to Adverse Party of Removal to Federal Court

8.    Designation of Attorney in Charge

9.    Notice of Entities with a Financial Interest in this Litigation

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas  78216
Telephone:  (210) 344-0500
Telecopier: (210) 344-7228

By: _____

ROBERT F. SCHEIHING
"Attorney in Charge"
Federal Bar No. 18883
State Bar No.  17736350

ATTORNEY FOR DEFENDANT,
ABERCROMBIE & FITCH STORES, INC.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Texas Rules of Civil Procedure on this 12 day of  M g        , 2004:

Mr. Carmine J. Giardino
SCHAFER & ASSOCIATES
7800 IH-10 West, Suite 830
San Antonio, Texas 78230

_____

ROBERT F. SCHEIHING

2

h:/bob/9737 38/Entities.Not
05/12/04/RFS/CMS/rlh

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JENNIFER HONEYCUTT | § | |
| | § | SA04CA0424  **XR** |
| VS. | § | CASE NUMBER _____ |
| | § | JURY |
| ABERCROMBIE & FITCH STORES, INC. | § | |

## <u>NOTICE OF ENTITIES WITH A FINANCIAL<br>INTEREST IN THIS LIGITATION</u>

TO THE HONORABLE JUDGE OF SAID COURT:

    Now comes Defendant, ABERCROMBIE & FITCH STORES, INC., and files this, its

list of entities that are financially interested in this litigation:

    1.    Plaintiff:
        Jennifer Honeycutt

    2.    Attorney:
        Carmine Giardino

    3.    Defendant:
        Abercrombie & Fitch Stores, Inc.

    4.    Attorney:
        Robert F. Scheihing

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas  78216
Telephone:  (210) 344-0500
Telecopier: (210) 344-7228


By:_____
      ROBERT F. SCHEIHING
      "Attorney in Charge"
      Federal Bar No. 18883
      State Bar No. 17736350

ATTORNEY FOR DEFENDANT,
ABERCROMBIE & FITCH STORES, INC.


## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Texas Rules of Civil Procedure on this _12_ day of ___Mg___, 2004:

Mr. Carmine J. Giardino
SCHAFER & ASSOCIATES
7800 IH-10 West, Suite 830
San Antonio, Texas 78230


_____
ROBERT F. SCHEIHING

h:/bob/9737.38/Related Litigation.not
05/12/04/RFS/CMS/rlh

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JENNIFER HONEYCUTT                    §
                                      §
VS.                                   §
                                      §
ABERCROMBIE & FITCH STORES, INC.      §
                                      §



SA04CA0424 XR
CASE NUMBER _____
                    JURY

## NOTICE OF RELATED LITIGATION AND AFFECTED NON-PARTIES

TO THE HONORABLE JUDGE:

NOW COMES Defendant, ABERCROMBIE & FITCH STORES, INC., and files this, its

Notice of Related Litigation and Affected Non-Parties in this litigation:

1.      This case has been removed pursuant to 28 U.S.C. §1446(a). Accordingly, Plaintiff

initiated this suit by filing Plaintiff's Original Petition on April 5, 2004, in the 150th Judicial District

Court, Bexar County, Texas. Otherwise, there is no related current or recent litigation applicable to

this suit.

2.      Counsel for Defendant certifies that he is not aware of any directly affected non-

parties to this suit.

Respectfully submitted,

ADAMI, GOLDMAN & SHUFFIELD
Nowlin Building
9311 San Pedro, Suite 900
San Antonio, Texas  78216
Telephone:  (210) 344-0500
Telecopier: (210) 344-7228

By:_____
      ROBERT F. SCHEIHING
      "Attorney in Charge"
      Federal Bar No. 18883
      State Bar No. 17736350

ATTORNEY FOR DEFENDANT,
ABERCROMBIE & FITCH STORES, INC.


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been forwarded to the following counsel of record in compliance with the Texas Rules of Civil Procedure on this ___ day of _____, 2004:

Mr. Carmine J. Giardino
SCHAFER & ASSOCIATES
7800 IH-10 West, Suite 830
San Antonio, Texas 78230


ROBERT F. SCHEIHING

2